Lola M. Avram, Plaintiff-Appellee, v. Fletcher Hammond, Aurora City Lines, Inc., William R. Woods and Fred O. Leonard, Defendants-Appellants.

Gen. No. 10,605.

Puklin, Puklin, Nelson & Page, for certain

appellants, and Putnam, Johnson & Alschuler, for certain other appellants; Reid & Ochsenchlager, for appellee; Lambert M. Ochsenchlager, and William C. Murphy, of counsel. Opinion by JUSTICE WOLFE. Opinion filed September 9, 1952; released for publication October 7, 1952.